# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**DELFINO LOPEZ MALDONADO,**

        Plaintiff,

        -vs-

**Case No. 07-C-886**

**MICHAEL B. MUKASEY, U.S. Attorney General,**

        Defendant.

## DECISION AND ORDER

The plaintiff, Delfino Lopez Maldonaldo ("Maldonado"), moves to voluntarily dismiss the above-captioned matter. This motion [Docket No. 6] is **GRANTED**. *See* Fed. R. Civ. P. 41(a)(2). **IT IS HEREBY ORDERED THAT** this case is **DISMISSED WITHOUT PREJUDICE**.

Dated at Milwaukee, Wisconsin, this 5th day of February, 2008.

        **SO ORDERED,**

        <u>s/ Rudolph T. Randa</u>
        **HON. RUDOLPH T. RANDA**
        **Chief Judge**